UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5607-GW-BFMx | Date | July 29, 2024 |
|---|---|---|---|
| Title | *Move, Inc., et al. v. CoStar Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brent L. Caslin | Joseph D. Axelrad |
| Elizabeth H. Baldridge | Matthew W. Walch |
| David R. Singer, by telephone | Nicholas J. Boyle, by telephone |
| | Patricia A.E. Tenenbaum, by telephone |

**PROCEEDINGS:** **DEFENDANT COSTAR GROUP, INC.'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY AND CONTINUANCE OF PRELIMINARY INJUNCTION HEARING [21]**

Court hears oral argument. For reasons stated on the record, Defendant's Ex Parte Application is GRANTED. Expedited discovery as to the preliminary injunction <u>only</u> shall be brought to this Court's attention, and not Judge Mircheff. The parties are to meet and confer re discovery issues, and if any issues are unresolved, file a joint brief by no later than August 5, 2024.

Plaintiffs' Motion for (1) Preliminary Injunction and (2) Limited Expedited Discovery [12] is continued to September 23, 2024 at 8:30 a.m. Plaintiffs' Reply will be filed by September 11, 2024. The parties are to stipulate to the deadline to file Defendant's Opposition.

| | : | 20 |
|---|---|---|
| Initials of Preparer | JG | |