| | |
|---|---|
| LATHAM & WATKINS LLP<br>NICHOLAS J. BOYLE*<br>nicholas.boyle@lw.com<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004<br>Tel: 202.637.2200<br>Fax: 202.637.2201<br><br>MATTHEW W. WALCH*<br>matthew.walch@lw.com<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>Tel: 312.876.7700<br>Fax: 312.993.9767<br><br>*Pro Hac Vice<br><br>JOSEPH D. AXELRAD (SBN 274580)<br>joseph.axelrad@lw.com<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Tel:  213.485.1234<br>Fax: 213.891.8763<br><br>*Attorneys for Defendant<br>CoStar Group, Inc.* | BROWN NERI SMITH & KHAN LLP<br>Ethan J. Brown (SBN 218814)<br>11601 Wilshire Blvd.<br>Suite 2080<br>Los Angeles, CA 90025<br>Tel: 310.593.9890<br><br>*Attorneys for Defendant<br>James Kaminsky*<br><br>JENNER & BLOCK LLP<br>Brent Caslin (SBN 198682)<br>bcaslin@jenner.com<br>David R. Singer (SBN 204699)<br>dsinger@jenner.com<br>Carolyn Small (SBN 304938)<br>csmall@jenner.com<br>Elizabeth Baldridge (SBN 313390)<br>ebaldridge@jenner.com<br>515 South Flower Street<br>Suite 3300<br>Los Angeles, CA 90071<br>Tel: 213.239.5100<br><br>*Attorneys for Plaintiffs<br>Move, Inc., Move Sales, Inc.,<br>and RealSelect, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOVE, INC., a Delaware corporation; MOVE SALES, INC., a Delaware corporation; REALSELECT, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>COSTAR GROUP, INC., a Delaware corporation; JAMES KAMINSKY an individual; and DOES 1 through 10, inclusive<br><br>                Defendants. | CASE NO. 2:24-cv-05607-GW-BFMx.<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE**<br><br>[Proposed Order lodged concurrently herewith]<br><br>Judge: George H. Wu |

Plaintiffs Move, Inc., Move Sales, Inc., and RealSelect, Inc.'s (collectively, "Move"), and Defendants CoStar Group, Inc. ("CoStar") and James Kaminsky ("Mr. Kaminsky") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. The parties agree to the following deadlines for briefing on Move's Motion for a Preliminary Injunction:

   a. August 27, 2024 – Move files an amended motion for a preliminary injunction, if any;

   b. September 4, 2024 – Defendants file brief(s) in opposition to the Motion;

   c. September 11, 2024 – Move files reply brief(s).

Dated: August 7, 2024                    Respectfully submitted,

**LATHAM & WATKINS LLP**

By */s/ Joseph Axelrad*_____
      Nicholas J. Boyle
      Matthew Walch
      Joseph D. Axelrad

*Attorneys for Defendant CoStar Group, Inc.*

**BROWN NERI SMITH & KHAN LLP**

By  */s/ Ethan Brown*
       *by email authorization*_____
       Ethan J. Brown

*Attorneys for Defendant James Kaminsky*

**JENNER & BLOCK LLP**

By   */s/ Elizabeth Baldridge*
        *by email authorization*_____
        Brent Caslin
        David R. Singer
        Carolyn Small
        Elizabeth Baldridge

*Attorneys for Plaintiffs*

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Joseph Axelrad, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: August 7, 2024                                              /s/ Joseph Axelrad