| | |
|---|---|
| LATHAM & WATKINS LLP<br>NICHOLAS J. BOYLE*<br>nicholas.boyle@lw.com<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004<br>Tel: 202.637.2200<br>Fax: 202.637.2201<br><br>MATTHEW W. WALCH*<br>matthew.walch@lw.com<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>Tel: 1.312.876.7603<br>Fax: 312.993.9767<br><br>*Admitted Pro Hac Vice<br><br>JOSEPH D. AXELRAD (SBN 274580)<br>joseph.axelrad@lw.com<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Tel: 213.485.1234<br><br>*Attorneys for Defendant*<br>*CoStar Group, Inc.* | BROWN NERI SMITH & KHAN LLP<br>Ethan J. Brown (SBN 218814)<br>ethan@bnsklaw.com<br>11601 Wilshire Blvd.<br>Suite 2080<br>Los Angeles, CA 90025<br>Tel: 310.593.9890<br><br>*Attorneys for Defendant*<br>*James Kaminsky*<br><br>JENNER & BLOCK LLP<br>Brent Caslin (SBN 198682)<br>bcaslin@jenner.com<br>David R. Singer (SBN 204699)<br>dsinger@jenner.com<br>Carolyn Small (SBN 304938)<br>csmall@jenner.com<br>Elizabeth Baldridge (SBN 313390)<br>ebaldridge@jenner.com<br>515 South Flower Street<br>Suite 3300<br>Los Angeles, CA 90071<br>Tel: 213.239.5100<br><br>*Attorneys for Plaintiffs*<br>*Move, Inc., Move Sales, Inc.,*<br>*and RealSelect, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOVE, INC., a Delaware corporation; MOVE SALES, INC., a Delaware corporation; REALSELECT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COSTAR GROUP, INC., a Delaware corporation; JAMES KAMINSKY an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-05607-GW-BFM<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: George H. Wu<br>Magistrate Judge: Brianna Fuller Mircheff<br><br>First Am. Compl. filed: August 16, 2024<br>Current response date: August 30, 2024<br>New response date: September 20, 2024 |

Defendants CoStar Group, Inc. ("CoStar") and James Kaminsky (collectively "Defendants"), and Plaintiffs Move, Inc., Move Sales, Inc., RealSelect, Inc. (collectively "Plaintiffs"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on July 2, 2024, Plaintiffs filed their Complaint (Dkt. 1);

**WHEREAS**, on July 3, 2024, Defendant CoStar Group, Inc., was served with the Complaint, and July 5, 2024, Defendant James Kaminsky was served with the Complaint;

**WHEREAS**, on July 24, 2024, in accordance with Local Civil Rule 8-3, Plaintiffs agreed to a 30-day extension of time, from July 24, 2024 to August 23, 2024, to allow Defendants to answer or otherwise respond to Plaintiffs' Complaint;

**WHEREAS**, Plaintiffs filed a Motion for a Preliminary Injunction (Dkt. 12), originally noticed for hearing on August 14, 2024, and later continued by Court order to September 23, 2024 (Dkt. 38);

**WHEREAS**, the Court ordered the parties to engage in limited expedited discovery related to Plaintiffs' Motion for a Preliminary Injunction to be completed by September 6, 2024 (Dkt. 50 at 4; Dkt. 51);

**WHEREAS**, in light of the presently-ongoing expedited discovery, the parties stipulated to (Dkt. 49), and the Court approved (Dkt. 52), the following briefing deadlines for Plaintiffs' Motion for a Preliminary Injunction:

- August 27, 2024: Plaintiffs' deadline to file an amended motion for a preliminary injunction
- September 4, 2024: Defendants' deadline to file an opposition brief
- September 11, 2024: Plaintiffs' deadline to file a reply brief

**WHEREAS**, on August 16, 2024, Plaintiffs filed their First Amended Complaint, to which Defendants must answer or otherwise respond by August 30, 2024 in accordance with Federal Rule of Civil Procedure 15(a)(3);

**WHEREAS**, the parties respectfully submit that good cause exists to extend the deadline for Defendants to answer or otherwise respond to the First Amended Complaint by 21 days in light of the ongoing expedited discovery and above-referenced briefing deadlines;

**WHEREAS**, as to the parties' agreement concerning an extension of time to respond to the First Amended Complaint, Defendants agree that if they respond to the First Amended Complaint with a Motion pursuant to Federal Rule of Civil Procedure 12, Defendants will set any Rule 12 Motion as to the First Amended Complaint for hearing such that Plaintiffs will have at least 14 days' time to prepare and file their opposition;

**WHEREAS**, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties;

IT IS HEREBY STIPULATED AND AGREED THAT the time for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint is continued from August 30, 2024, to September 20, 2024.

Dated: August 27, 2024        Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ *Joseph Axelrad*
Nicholas J. Boyle
Matthew W. Walch
Joseph D. Axelrad

*Attorneys for Defendant*
*CoStar Group, Inc.*

**BROWN, NERI, SMITH & KHAN LLP**

By: */s/ Ethan Brown*
    *by email authorization*
Ethan Brown

*Attorney for Defendant*
*James Kaminsky*

**JENNER & BLOCK LLP**

By: */s/ Elizabeth Baldridge*
    *by email authorization*
Brent Caslin
David R. Singer
Carolyn Small
Elizabeth Baldridge

*Attorneys for Plaintiffs*
*Move, Inc., Move Sales, Inc.,*
*and RealSelect, Inc.*

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph D. Axelrad, attest under penalty of perjury that I have obtained concurrence and authorization from the other signatories to affix their electronic signatures to this filing.

Dated: August 27, 2024  **LATHAM & WATKINS LLP**

By: */s/ Joseph Axelrad*

Joseph D. Axelrad