JENNER & BLOCK LLP
Brent Caslin (SBN 198682)
bcaslin@jenner.com
David R. Singer (SBN 204699)
dsinger@jenner.com
Elizabeth Baldridge (SBN 313390)
ebaldridge@jenner.com
Carolyn S. Small (SBN 304938)
csmall@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOVE, INC., a Delaware corporation; MOVE SALES, INC., a Delaware corporation; REALSELECT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COSTAR GROUP, INC., a Delaware corporation; JAMES KAMINSKY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05607-GW-BFM<br><br>**DECLARATION OF CAROLYN S. SMALL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# DECLARATION OF CAROLYN S. SMALL

I, Carolyn S. Small, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am special counsel in the law firm Jenner & Block LLP, counsel for Plaintiffs Move, Inc., Move Sales, Inc., and RealSelect, Inc. (collectively, "Move") in the above-captioned action. I provide this declaration in support of Move's reply in support of its motion for preliminary injunction.

2. Exhibit A to this Declaration is a true and correct copy of excerpts from the transcript of the deposition of Mickey Neuberger as 30(b)(6) witness for Move.

3. Exhibit B to this Declaration is a true and correct copy of excerpts from the transcript of the deposition of Howard Pence as 30(b)(6) witness for Move.

4. Exhibit C to this Declaration is a true and correct copy of a document produced in this action to Defendants at Bates No. MOVE_0000434-36.

5. Exhibit D to this Declaration is a true and correct copy of a document produced in this action to Defendants at Bates No. MOVE_0001115-27.

6. Exhibit E to this Declaration is a true and correct copy of a document produced in this action to Defendants at Bates No. MOVE_0000432-33.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2024      By: *Carolyn Small*
                                    Carolyn S. Small

# EXHIBIT A
# (FILED UNDER SEAL)

# EXHIBIT B
# (FILED UNDER SEAL)

# EXHIBIT C
# (FILED UNDER SEAL)

# EXHIBIT D
# (FILED UNDER SEAL)

# EXHIBIT E
# (FILED UNDER SEAL)