# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOVE, INC., a Delaware corporation; MOVE SALES, INC., a Delaware corporation; REALSELECT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COSTAR GROUP, INC., A Delaware corporation; JAMES KAMINSKY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 24-5607-GW-BFMx<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO L.R. 79-5** |

Pursuant to Local Rule 79-5, Plaintiffs Move, Inc., Move Sales, Inc., and RealSelect, Inc.'s (collectively, "Move") Application for Leave to File Under Seal the following documents has come before the Court:

(A) The unredacted version of Move's reply in support of its motion for preliminary injunction (the "Reply").

(B) Exhibit A to the Declaration of Carolyn S. Small in support of the Reply ("Small Reply Declaration").

(C) Exhibit B to the Small Reply Declaration.

(D) Exhibit C to the Small Reply Declaration.

(E) Exhibit D to the Small Reply Declaration.

(F) Exhibit E to the Small Reply Declaration.

(G) Exhibit A to the Declaration of Carl Gruenberg in support of the Reply ("Gruenberg Reply Declaration").

(H) Exhibit B to the Gruenberg Reply Declaration.

(I) Exhibit C to the Gruenberg Reply Declaration.

(J) Exhibit D to the Gruenberg Reply Declaration.

(K) Exhibit E to the Gruenberg Reply Declaration.

(L) Exhibits F and G to the Gruenberg Reply Declaration.

(M) Exhibit A to the Declaration of Mickey Neuberger in support of the Reply ("Neuberger Reply Declaration").

The content filed under seal is described with more specificity in the below table.

| Document | Content |
| --- | --- |
| The unredacted version of the Reply. | Unredacted version, containing descriptions of trade secrets and confidential business information. |

| | |
|---|---|
| Exhibit A to the Small Reply Declaration. | Entire document is filed under seal. |
| Exhibit B to the Small Reply Declaration. | Entire document is filed under seal. |
| Exhibit C to the Small Reply Declaration. | Entire document is filed under seal. |
| Exhibit D to the Small Reply Declaration. | Entire document is filed under seal. |
| Exhibit E to the Small Reply Declaration. | Entire document is filed under seal. |
| Exhibit A to the Gruenberg Reply Declaration. | Entire document is filed under seal. |
| Exhibit B to the Gruenberg Reply Declaration. | Entire document is filed under seal. |
| Exhibit C to the Gruenberg Reply Declaration. | Entire document is filed under seal. |
| Exhibit D to the Gruenberg Reply Declaration. | Entire document is filed under seal. |
| Exhibit E to the Gruenberg Reply Declaration. | Entire document is filed under seal. |
| Exhibits F and G to the Gruenberg Reply Declaration. | Entire document is filed under seal. |
| Exhibit A to the Neuberger Reply Declaration. | Entire document is filed under seal. |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL

Having considered Move's Application for Leave to File Under Seal and finding compelling reasons therefor, the Court hereby grants Move's Application for Leave to File Under Seal. The above-described documents shall remain filed under seal.

Dated: September 13, 2024

_____
HON. GEORGE H. WU,
United States District Judge