UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5607-GW-BFMx | Date | October 22, 2024 |
|---|---|---|---|
| Title | *Move, Inc., et al. v. CoStar Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:                 Attorneys Present for Defendants:

None Present                                                           None Present

**PROCEEDINGS:    IN CHAMBERS - SCHEDULING ORDER**


     The Court has reviewed the Joint Rule 26(f) Report (Docket No. 110) and finds it can preliminarily set the schedule in this matter without hearing statements from the parties on the currently set October 24, 2024 scheduling conference date. Instead, the October 24 conference is taken off-calendar and Court will entertain comments from the parties at the currently set October 28 hearing date for the Defendants' pending motions to dismiss.

     This lawsuit arises out Plaintiffs' claims that Defendant Kaminsky, a former employee of Plaintiffs and current employee of their direct competitor (*i.e.* Defendant CoStar Group Inc.), maintained access to certain of Plaintiffs' documents – including documents that Plaintiffs assert constitute or contain trade secrets – following his departure from employment with Plaintiffs and continued to access certain documents after he began working for CoStar which constitutes *inter alia* breaching his employment contracts with Plaintiffs and violating federal and state anti-computer fraud laws. The case was initially filed on July 2, 2024. There has already been a substantial amount of litigation including a motion for preliminary injunction with concomitant application for expedited discovery. *See* Docket Nos. 98, 100. Additionally, as the Court has already mentioned to counsel, this litigation should go to mediation sooner rather than later.

The Court sets the following dates:

1. There shall be no further amendments of pleadings unless granted pursuant to motion under Fed. R. Civ. P. 16 or otherwise by order of the Court.

2. A post-mediation status conference is set for May 8, 2025 at 8:30 a.m., with mediation to be completed by May 5. The parties have indicated a preference to mediate through a private mediator. The parties will make arrangements so that the mediation can be completed by May 5 and a joint report

                                                                                                                                           :

Initials of Preparer    JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5607-GW-BFMx | Date | October 22, 2024 |
|---|---|---|---|
| Title | *Move, Inc., et al. v. CoStar Group, Inc., et al.* | | |

filed with the Court by May 6.

3. All regular discovery will be completed by May 1, 2025. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be "completed" (as described above) by June 6, 2025. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is July 7, 2025.

6. The pre-trial conference will be held on August 7, 2025 at 8:30 a.m. *See* Judge Wu's <u>Standing Order re Final Pre-Trial Conferences for Civil Jury Trials</u> (ECF No. 15).

7. Jury trial will begin on August 19, 2025 at 9:00 a.m.

:

Initials of Preparer   JG