UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5607-GW-BFMx | Date | October 29, 2024 |
|---|---|---|---|
| Title | *Move, Inc., et al. v. CoStar Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - RULING ON COSTAR'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [96]

After considering the motion and opposition papers as well as arguments of counsel at the October 28, 2024 hearing, Defendant CoStar Group, Inc.'s motion to dismiss the third and fourth causes of action in the First Amended Complaint (ECF No. 96) is GRANTED with leave to amend for the reasons stated in the Court's Tentative Ruling issued on October 25 (ECF No. 113) and on the record at said hearing. Plaintiffs shall file an amended complaint within three weeks of the filing of this order.

| | : |
|---|---|
| Initials of Preparer | JG |