CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVE, INC., et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>COSTAR GROUP, INC., et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-05607-GW-BFM<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required        ☐ Hearing Required
                             ☐ In-Person Court Hearing
                             ☒ Video Conference
                             ☐ Telephonic

Magistrate Judge   Brianna Fuller Mircheff

Date/Time          Wednesday, December 18, 2024, at 11:00 a.m.

Courtroom:         via Zoom

                   Zoom information can be found on the court's website under Judge Mircheff's
                   Procedures and Schedules.

Dated:        December 17, 2024            By:        Christianna Howard
                                                      Deputy Clerk