UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOVE, INC., a Delaware corporation; MOVE SALES, INC., a Delaware corporation; REALSELECT, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> COSTAR GROUP, INC., A Delaware corporation; JAMES KAMINSKY, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-05607-GW-BFM <br><br> **ORDER RE: PROTOCOL FOR FORENSIC INSPECTION** |

For good cause shown, the Court herby grants the Stipulation for Entry of an Order Establishing a Protocol for Forensic Inspection of Certain Digital Media.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: January 16, 2025

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge