JENNER & BLOCK LLP
Brent Caslin (SBN 198682)
bcaslin@jenner.com
David R. Singer (SBN 204699)
dsinger@jenner.com
Todd C. Toral (SBN 197706)
ttoral@jenner.com
Carolyn Small (SBN 304938)
csmall@jenner.com
Elizabeth Baldridge (SBN 313390)
ebaldridge@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199
Tel.: 213-239-5100 | Fax: 213-239-5199

LATHAM & WATKINS LLP
Nicholas J. Boyle (*pro hac vice*)
nicholas.boyle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.: 202-637-2200 | Fax: 202-637-2201

LATHAM & WATKINS LLP
Matthew W. Walch (*pro hac vice*)
matthew.walch@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel.: 312-876-7700 | Fax: 312-993-9767

*Attorneys for Plaintiffs*

BROWN NERI SMITH KHAN LLP
Ethan J. Brown (SBN 218814)
ethan@bnsklaw.com
Patricia A. E. Tenenbaum (SBN 258916)
patricia@bnsklaw.com
11601 Wilshire Boulevard, Suite 2080
Los Angeles, CA 90025
Tel.: 310-593-9890 | Fax: 310-593-9980

*Attorneys for Defendant*
*James Kaminsky*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MOVE, INC., a Delaware corporation; MOVE SALES, INC., a Delaware corporation; REALSELECT, INC., a Delaware corporation,

Plaintiffs,

v.

COSTAR GROUP, INC., a Delaware corporation; JAMES KAMINSKY, an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:24-cv-05607-GW-BFM

**JOINT STIPULATION FOR ENTRY OF AN ORDER ESTABLISHING A PROTOCOL FOR ELECTRONIC DISCOVERY**

This Joint Stipulation is made by and between Plaintiffs Move, Inc., Move Sales, Inc., and RealSelect, Inc.; Defendant CoStar Group, Inc.; and Defendant James Kaminsky (collectively, the “Parties”), by and through their counsel of record:

1  Counsel for all parties have met and conferred and agreed upon the conditions
2  in the attached Proposed Order for the production of electronic discovery in this
3  action going forward.
4  Therefore, the Parties jointly request that the Court enter the attached Order
5  implementing this Stipulation.

Dated: February 27, 2025         JENNER & BLOCK LLP

By: */s/ Todd C. Toral*
Todd C. Toral
Brent Caslin
David R. Singer
Carolyn Small
Elizabeth Baldridge

*Attorneys for Plaintiffs*

Dated: February 27, 2025         LATHAM & WATKINS LLP

By: */s/ Nicholas J. Boyle*
Nicholas J. Boyle
Matthew W. Walch
Joseph D. Axelrad

*Attorneys for Defendant CoStar Group, Inc.*

| | |
|---|---|
| Dated: February 27, 2025 | BROWN NERI SMITH KHAN LLP |
| | By: */s/ Ethan J. Brown* <br> Ethan J. Brown <br> Patricia A. E. Tenenbaum |
| | *Attorneys for Defendant* <br> *James Kaminsky* |