JENNER & BLOCK LLP
Brent Caslin (SBN 198682)
bcaslin@jenner.com
David R. Singer (SBN 204699)
dsinger@jenner.com
Todd C. Toral (SBN 197706)
ttoral@jenner.com
Carolyn Small (SBN 304938)
csmall@jenner.com
Elizabeth Baldridge (SBN 313390)
ebaldridge@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Tel.: 213-239-5100 | Fax: 213-239-5199

*Attorneys for Plaintiffs*

BROWN NERI SMITH & KHAN LLP
Ethan J. Brown (SBN 218814)
ethan@bnsklaw.com
Patricia Eberwine Tenenbaum (SBN 258916)
patricia@bnsklaw.com
11601 Wilshire Boulevard, Suite 2080
Los Angeles, CA 90025
Tel.:  310.593.9890 | Fax: 310.593.9980

*Attorneys For Defendant James Kaminsky*

LATHAM & WATKINS LLP
Nicholas J. Boyle (*pro hac vice*)
nicholas.boyle@lw.com
Anne Malinee (*pro hac vice*)
anne.Malinee@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
Tel.: 202-637-2200 | Fax: 202-637-2201

Matthew W. Walch (*pro hac vice*)
matthew.walch@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Tel.: 312-876-7700 | Fax: 312-993-9767

Joseph Axelrad (SBN 274580)
joseph.axelrad@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel:  213.485.1234

*Attorneys for Defendant CoStar Group, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVE, INC., a Delaware corporation; MOVE SALES, INC., a Delaware corporation; REALSELECT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COSTAR GROUP, INC., a Delaware corporation; JAMES KAMINSKY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05607-GW-BFM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Second Am. Compl. filed: November 19, 2024<br><br>Trial: August 19, 2025 |

Whereas Plaintiffs wish to dismiss this action with prejudice and Defendants have no objection to such dismissal.  Therefore, pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties to this action, through their undersigned counsel, that all claims that have been asserted in this action are dismissed in their entirety with prejudice, with each party to bear its own respective costs, including attorneys' fees.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 7, 2025                JENNER & BLOCK LLP

By: /s/ *Todd C. Toral*
Todd C. Toral
Brent Caslin
David R. Singer
Carolyn Small
Elizabeth Baldridge

*Attorneys for Plaintiffs*

Dated: April 7, 2025                LATHAM & WATKINS LLP

By: /s/ *Nicholas J. Boyle*
Nicholas J. Boyle
Matthew W. Walch
Anne Malinee
Joseph D. Axelrad

*Attorneys for Defendant CoStar Group, Inc.*

Dated: April 7, 2025                BROWN, NERI, SMITH & KHAN LLP

By: /s/ *Ethan J. Brown*
Ethan J. Brown
Patricia Eberwine Tenenbaum

*Attorneys for James Kaminsky*